# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

I.R.,

    Plaintiff,

v.

KILOLO KIJAKAZI,

    Defendant.

Case No. 19-cv-05934-JCS

**ORDER GRANTING MOTION FOR ATTORNEYS' FEES**

Re: Dkt. No. 31

Sufficient cause having been shown, the motion for attorneys' fees under 42 U.S.C. § 406(b)(1) is GRANTED. Defendant shall pay Plaintiff's counsel $10,993.00 from Plaintiff I.R.'s past-due benefits, and shall pay I.R. any remaining benefits that have been withheld. Upon receipt of those funds, counsel shall immediately refund to I.R. the $6,750 in fees previously awarded under the Equal Access to Justice Act.[1]

For future cases, Plaintiff's counsel is reminded to include a proposed order with any motion as required by Civil Local Rule 7-2(c). Defendant is reminded to file either an opposition or statement of non-opposition to any motion as required by subparts (a) and (b) of Civil Local Rule 7-3.

**IT IS SO ORDERED.**

Dated: September 12, 2022

JOSEPH C. SPERO
Chief Magistrate Judge

---

[1] The parties have consented to the jurisdiction of a magistrate judge for all purposes under 28 U.S.C. § 636(c).